**JUDGE COTE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | <u>INDICTMENT</u> |
| - v. - | : | 08 Cr. |
| RICHARD A. MARTINEZ, | : | 08 CRIM 157 |
| Defendant. | : | |

- - - - - - - - - - - - - - - - x

<u>COUNT ONE</u>

The Grand Jury charges:

On or about January 31, 2008, in the Southern District of New York, RICHARD A. MARTINEZ, the defendant, unlawfully, willfully, and knowingly, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about March 28, 2006, in New York Supreme Court, Bronx County, for Criminal Possession of a Controlled Substance in the Fourth Degree, in violation of New York Penal Law 220.09(6), a Class C felony, did possess in and affecting commerce, a firearm, to wit, a loaded Rohm .22 caliber revolver, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____                _____
FOREPERSON                                      MICHAEL J. GARCIA
                                                United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

RICHARD A. MARTINEZ,

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 922(g)(1))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.

2/26/08 filed Indictment Case
Assigned to Judge Cote
d/ mag. Judge Las