ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :    **ORDER**

      -v.-                       :    08 Cr. 157 (DLC)

RICHARD A. MARTINEZ,              :

      Defendant.                 :

- - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08
```

    Upon the annexed Affirmation and Application of the United States Attorney for the Southern District of New York, by Assistant United States Attorney Amy Lester, pursuant to the All Writs Act, Title 28, United States Code, Section 1651, requesting that an Order be issued unsealing the Bronx County District Attorney's Office files and grand jury testimony listed below, to permit review of the files and grand jury testimony, and any other documents contained therein,

    IT IS HEREBY ORDERED, that the files maintained by the Bronx County District Attorney's Office and the grand jury testimony and associated court files relating to the January 31, 2008 arrest of RICHARD A. MARTINEZ, the defendant (Arrest No. B08609506; NYSID No. 1603977P; Grand Jury voting date February 19, 2008; Docket No. 691 (2008)), be unsealed to permit the United States Attorney's Office for the Southern District of New York to review the contents of these materials and, if necessary, to disclose any documents contained therein as required by the Federal Rules of Criminal Procedure, Title 18 United States Code, Section 3500, as well as *Brady v. Maryland*, 373 U.S. 83 (1963),

*Giglio v. United States*, 405 U.S. 150 (1972), and their progeny.

Dated: New York, New York
      March 25, 2008

                                              DENISE L. COTE
                                              UNITED STATES DISTRICT JUDGE
                                              SOUTHERN DISTRICT OF NEW YORK