UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | : | NOTICE OF MOTION TO SUPPRESS PHYSICAL |
| - against | : | EVIDENCE AND STATEMENTS |
| RICHARD MARTINEZ, | : | 08 CR 157 (DLC) |
| Defendant. | : | |

------------------------------------------------------X

SIR OR MADAM:

**PLEASE TAKE NOTICE** that upon the annexed Declaration of RICHARD MARTINEZ and the annexed Memorandum of Law and Fact, the undersigned will move this Court, before the Honorable Denise L. Cote at the United States Courthouse, 500 Pearl Street, New York, New York, on May 2, 2008, or as soon thereafter as counsel may be heard, for an ORDER suppressing physical evidence seized from the defendant and statements made by the defendant, pursuant to Rule 12 of the Federal Rules of Criminal Procedure, on the grounds that the evidence was obtained in violation of the defendant's rights under the United States Constitution, or, in the alternative, granting a hearing on the motion, and granting such other and further relief as appears just and proper.

Dated: New York, New York
       April 25, 2008

Respectfully submitted,

LEONARD F. JOY, ESQ.
Federal Defenders Of New York

By: _____
Sabrina P. Shroff, Esq.
Attorney for Defendant
  Richard Martinez
52 Duane Street - 10th Floor
New York, New York 10007
Tel.: (212) 417-8713

To:    MICHAEL GARCIA. ESQ.
       United States Attorney
       Southern District of New York
       One St. Andrew's Plaza
       New York, New York 10007
       Attn.: **Amy Lester, Esq.**
            Assistant United States Attorney