# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District
Southern District of New York
John J. Byrnes
*Attorney-in-Charge*


RECEIVED
AUG 26 2008
CHAMBERS OF
DENISE COTE

**MEMO ENDORSED**

August 25, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08

**BY HAND**

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street -- 10th Floor
New York, New York 10007

    Re:  United States v. Richard Martinez
       ~~07 Cr. 0799~~ (DLC)
       08 Cr. 157

Hon. Judge Cote:

    I write to request an adjournment of Mr. Martinez's sentence date of September 19, 2008.

    I make this request as I have not yet received the final disclosure nor have I received probation's sentence recommendation to the Court. I anticipate receiving probation's final disclosure in the first week of September.

    With that timetable, I will be unable to abide by the Court's order that defendant's sentencing memorandum be filed with the court two weeks before sentence, as my client and I will not have had sufficient opportunity to review the final disclosure. Additionally, I will be out of the country the week of August 23rd.

    I, therefore, request a two week adjournment of the September 19, 2008, sentence date. AUSA Lester has no objection to this request. Thank you.

                            Respectfully submitted,

                            Sabrina P. Shroff
                            Assistant Federal Defender

cc: AUSA Lester

*Granted.*

*Denise Cote*
*August 26, 2008*